CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
11/3/2025
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| LOIS ANN BROWN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 6:23-cv-00006 |
| WAL-MART STORES EAST, LP, | ) |
| Defendant. | ) |

## FINAL ORDER

THIS DAY came the parties to this action, by counsel, and advised the Court that they had compromised and settled all matters in controversy in this action.

And, it appearing proper so to do, it is ADJUDGED and ORDERED that this action be, and the same hereby is, DISMISSED WITH PREJUDICE, with each party to pay their own taxable court costs.

And the Clerk of this Court shall forward certified copies of this Order to counsel of record and shall strike this matter from the active docket of this Court.

Enter: October 31, 2025

/s/ Robert S. Ballou

Robert S. Ballou
United States District Judge

WE ASK FOR AND CONSENT TO
THE ENTRY OF THIS ORDER:


/s/   A. David Hawkins
A. David Hawkins, Esq. (VSB No. 12625)
OVERBEY, HAWKINS, WRIGHT & VANCE, PLLC
776 Village Highway
Rustburg, Virginia 24588
Telephone: (434) 332-5155
Facsimile: (434) 332-5143
dhawkins@overbeylaw.com

Chad A. Mooney, Esq. (VSB No. 77997)
PETTY, LIVINGSTON, DAWSON & RICHARDS, PC
925 Main Street, Suite 300
Lynchburg, Virginia 24505
Telephone: (434) 846-2768
Facsimile: (434) 847-8194
cmooney@pldrlaw.com

*Co-Counsel for Plaintiff*


/s/    Victor S. Skaff, III
Victor S. ("Dinny") Skaff, III (VSB No. 40054)
GLENN ROBINSON CATHEY SKAFF & WHITE PLC
Fulton Motor Lofts
400 Salem Avenue, SW, Suite 100
Roanoke, Virginia 24016
Telephone: (540) 767-2200
Facsimile: (540) 767-2220
vskaff@glennrob.com

*Counsel for Defendant, Wal-Mart Stores East, LP*